IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT J. KRINGER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 05-322-GPM ) |
| DARREL GLORE, | ) ) |
| Defendant. | ) |

# ORDER

**MURPHY, Chief District Judge:**

Plaintiff, through counsel, filed his complaint on May 3, 2005.[1] On September 14, 2005, the Clerk of Court issued a Notice of Impending Dismissal for failure to effectuate service on Defendant. On October 4, 2005, Plaintiff filed a motion to withdraw counsel and for an extension of time to obtain new counsel. The Court granted Plaintiff until December 5, 2005, for either new counsel to file an entry of appearance or for Plaintiff to enter his appearance *pro se* (Doc. 7). The Court instructed Plaintiff that once an entry of appearance was filed, he or an attorney representing him must obtain a new summons for service on Defendant and cautioned him that if service of the summons and complaint was not made upon Defendant within 120 days after the entry of appearance was filed, the action would be dismissed without prejudice for failure to prosecute (*Id.*).

Plaintiff entered his appearance *pro se* on December 5, 2005 (Doc. 8), but no new summons was issued, and service has not been effected. Accordingly, this action is **DISMISSED without**

---

[1] The identical complaint also was filed as case number 03-476-GPM. That action was voluntarily dismissed on May 10, 2005.

**prejudice** for failure to prosecute.  *See* FED. R. CIV. P. 4(m); FED. R. CIV. P. 41(b).

    **IT IS SO ORDERED.**

    DATED:  05/02/06

                                              s/ G. Patrick Murphy
                                              G. PATRICK MURPHY
                                              Chief United States District Judge